UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

2009 JUN 16  AM 10: 59

| UNITED STATES OF AMERICA | ) | SUPERCEDING |
| | ) | INDICTMENT NO. CR608-12 |
| v. | ) | |
| | ) | |
| COREY WEST, et al. | ) | |

### DISMISSAL WITHOUT PREJUDICE
### OF DEFENDANT CRAIG DONTELL HUMPHRIES

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses WITHOUT PREJUDICE the defendant **CRAIG DONTELL HUMPHRIES**. The government shows that defendant has been determined through the post-arrest statements of cooperating co-defendants to have had very limited involvement in the above criminal charges, has fully cooperated, and that further proceedings against him in this matter would not be in the interests of justice.

Respectfully submitted,

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

/s/ *Darrin L. McCullough*

100 Bull Street
Savannah, GA  31401
(912) 652-4422

Darrin L. McCullough
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | SUPERCEDING |
| | ) | INDICTMENT NO. __CR608-12__ |
| v. | ) | |
| | ) | |
| COREY WEST, et al. | ) | |

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal without prejudice of the defendant **CRAIG DONTELL HUMPHRIES** from this Indictment.

SO ORDERED, this ___16th___ day of ___June___, 2009.

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

_____ If checked: This document is a discovery disclosure, and the materials referred to therein have been mailed to counsel of record.

Dated: 11 June 2009

EDMUND A. BOOTH, JR.
UNITED STATES ATTORNEY

/s/ Darrin L. McCullough

_____
Darrin L. McCullough
Assistant United States Attorney
Ga. Bar 487011

Post Office Box 8970
Savannah, Georgia 31412
912-652-4422